# Exhibit A

**Video File Provided Separately**